United States District Court
Southern District of Texas
**ENTERED**
December 18, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOROTHY GRIMES, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-15-03283 |
| | § |
| TRAVELERS HOME AND MARINE | § |
| INSURANCE COMPANY AND | § |
| TROY L. TINDALL, | § |
| | § |
| Defendants. | § |

## ORDER

In accordance with this court's ruling on the record on December 14, 2015, this action is remanded to the 155th District Court of Austin County, Texas.

SIGNED on December 18, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge